**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos Andres COSS–VASQUEZ,
Defendant–Appellant.**

No. 06–10115.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 13, 2007.

Elizabeth R. Berenguer, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Douglas R. Zanes, Esq., Doug Zanes & Associates, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Carlos Andres Coss–Vasquez appeals from the 77–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Coss–Vasquez contends that the district court plainly erred by concluding that his prior California conviction for throwing a substance at a vehicle was a "crime of violence" pursuant to USSG § 4B1.2. Because we conclude that Cal.Veh.Code § 23110(b) contains as one of its elements the use of physical force against another, we reject this contention. *See United States v. Grajeda–Ramirez,* 348 F.3d 1123, 1125 (9th Cir.2003).

Coss–Vasquez also contends that the district court erred by failing to depart downward based on over-representation of his criminal history and cultural assimilation. Because Coss–Vasquez failed to raise the issue of over-representation of criminal history before the district court, it is deemed waived. *See United States v. Quesada,* 972 F.2d 281, 283–84 (9th Cir. 1992). A review of the record establishes that the district court took into account the appropriate sentencing factors, including

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cultural assimilation, and that the sentence imposed is not unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.